1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                    **EASTERN DISTRICT OF CALIFORNIA**
8
9

| | | |
|---|---|---|
| **GROWER'S COMMITTEE,** | ) | **CIV-F-06-0327 AWI** |
|         **Plaintiff**, | ) | **ORDER DISMISSING CASE** |
|    **v.** | ) | |
| **ROBERT W. CHRISTIAN, et al,** | ) | |
|         **Defendants**. | ) | (Doc. 2) |

15
16

       After having set a hearing date for the pending motion to withdraw reference, the court was informed by Defendants' counsel that the parties had reached a settlement.  The hearing date was vacated.  On February 23, 2007, the parties were informed that if no dismissal was filed within 20 days, the court would dismiss the case for lack of prosecution. Doc. 12.  Twenty days have passed and there has been no communication from either party in this case.

       The case is DISMISSED for lack of prosecution.  The pending motion to withdraw reference is DENIED as moot.  The clerk is directed to close the case.

IT IS SO ORDERED.

**Dated:**   **March 30, 2007**             **/s/ Anthony W. Ishii**
0m8i78                          UNITED STATES DISTRICT JUDGE

1